IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

| | |
|---|---|
| OTIS GRAY, ) | |
| ) | |
|    Plaintiff, ) | |
| v. ) | CASE NO. 3:05-cv-167-F |
| ) |    (WO) |
| MRS. WILSON, *et al.*, ) | |
| ) | |
|    Defendants. ) | |

## **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge entered on June 21, 2005 (Doc. #12), said Recommendation is hereby adopted and it is the ORDER, JUDGMENT and DECREE that this case is DISMISSED without prejudice.

DONE this 27th day of July, 2005.

                                            /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE