IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

OTIS GRAY,                          )
                                    )
        Plaintiff,                  )
v.                                  )    CASE NO. 3:05-cv-167-F
                                    )         (WO)
MRS. WILSON, *et al.*,              )
                                    )
        Defendants.                 )

# FINAL JUDGMENT

In accordance with the prior proceedings, opinions and orders of the court, it is

ORDERED and ADJUDGED that judgment is entered in favor of the defendants and

against the plaintiff and that this action is DISMISSED without prejudice.

DONE this 27th day of July, 2005.

                        _____/s/ Mark E. Fuller_____
                        CHIEF UNITED STATES DISTRICT JUDGE